

ORIGINAL

FILED

08/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0225

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0225

PETER GRIGG,

      Petitioner and Appellant,

v.

TIFFANEY GRIGG,

      Respondent and Appellee.

FILED

AUG 0 4 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Upon consideration of Appellant's motion for extension of time,

IT IS HEREBY ORDERED that Appellant has until September 7, 2022, within which to file his opening brief.

No further extensions will be granted.

DATED this 4 day of August, 2022.

For the Court,

_____
Chief Justice